JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| ANGELA LENT,<br><br>       Plaintiff,<br><br>   v.<br><br>JP MORGAN CHASE BANK, N.A., FEDERAL HOME LOAN MORTGAGE CORPORATION, DOES 1 TO 10<br><br>       Defendants. | No. 8:11-cv-00345-DOC-RNB<br><br>**ORDER REMANDING ACTION**<br><br>[Orange County Superior Court Case No. 30-2010-00427889]<br><br>Judge:   Hon. David O. Carter<br><br>Courtroom: 9-D |

# ORDER

The Court, having considered the Joint Stipulation to Remand submitted by plaintiff Angela Lent and defendant JPMorgan Chase Bank, N.A., HEREBY ORDERS that the action entitled *Lent v. JPMorgan Chase Bank, N.A.*, No. 8:11-cv-00345, is hereby remanded to the Superior Court of California for Orange County.

IT IS SO ORDERED.

DATED: January 18, 2012

*/s/ David O. Carter*

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE